**SYSTORE COMPANIES, INC. (doing business as Advanced Communications Systems), Appellant,**

v.

**Robert M. GATES, Secretary of Defense, Appellee.**

**No. 2009–1379.**

United States Court of Appeals, Federal Circuit.

Jan. 7, 2010.

Cyrus E. Phillips IV, Cyrus E. Phillips, Attorney–at–Law, of Arlington, Virginia, argued for appellant.

Scott T. Palmer, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director. Of counsel on the brief was Joann W. Melesky, Deputy Legal Counsel, Defense Information Systems Agency, of Scott AFB, Illinois. Of counsel was William Mayers, Chief Legal Counsel.

LOURIE, LINN, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.